## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kathy Marie Pekin** DOB: 1980; United States<br>**Katherine Marie Paul** DOB: 1983; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-01663MJ** |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about July 13, 2021, in the District of Arizona, **Kathy Marie Pekin** and **Katherine Marie Paul**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Efrain Gil-Chavez and Nelson Alberto Contreras-Barajas, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about July 13, 2021, in the District of Arizona, **Kathy Marie Pekin** and **Katherine Marie Paul**, knowing and in reckless disregard of the fact that certain illegal aliens, including Efrain Gil-Chavez and Nelson Alberto Contreras-Barajas, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about July 13, 2021, in the District of Arizona (Sonoita), an Integrated Fixed Tower Camera Operator was monitoring the San Rafael Valley which is predominately a ranching area. Most vehicle traffic in the area is local ranchers and seasonal hunters. This area is secluded and vehicle traffic in the area stands out. The camera operator then saw a 2012 Nissan Murano driving south from Parker Canyon Lake. The vehicle drove along FSR-161 into several low areas. The Camera operator was able to obtain the license plate and requested records checks. The records showed that the vehicle had been associated with undocumented smuggling in the past and that the vehicle was registered to an address in Phoenix. An agent saw the vehicle near mile post 15 on SR-83 with two females in the front and a full row of males. The agent followed the vehicle and could see what appeared to be a knee or shoulder in the rear compartment of the small SUV. The BPA activated his emergency equipment and the driver **Kathy Marie Pekin** pulled over. The front seat passenger **Katherine Marie Paul** was on her phone and appeared to be deleting messages. The BPA questioned the four rear passengers as to their citizenship and all four admitted they were in the U.S illegally, including Efrain Gil-Chavez and Nelson Alberto Contreras-Barajas.

Records checks revealed that Gil-Chavez and Contreras-Barajas did not have the proper immigration documentation to enter or remain in the U.S. legally. Gil-Chavez was previously removed from the U.S. on June 21/2021 and Contreras-Barajas was removed on March 17, 2020.

**Continued on Back**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri<br>**Sworn by telephone** x | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 14, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**Continued from front.**

In a post-*Miranda* statement, **Pekin** said that her sister **Paul** offered her $2,000 USD to be a driver. **Pekin** and **Paul** went to Sierra Vista and attempted to pick up people but due to the rain, the smuggling attempt was postponed. **Pekin** said they were offered extra money if they stayed in Sierra Vista until another smuggling job was available, and they stayed at a hotel. **Pekin** said they received GPS coordinates for the pickup location. **Pekin** and **Paul** arrived at the site and four noncitizens were standing on the road and entered her vehicle.

In a post-*Miranda* statement, **Paul** said she reconnected with a high school friend who presented **Paul** with an opportunity to earn some extra money by picking noncitizens. **Paul** said she agreed to be paid $1,500 per person she picked up and transported to Phoenix.